UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas Arpert |
| v. | : | Mag. No. 10-2535 |
| ERIC BREISACHER | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sarah Wolfe, Assistant U.S. Attorney), and defendant Eric Breisacher (by Scott Krasny, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of thirty (30) days to allow the parties additional time to schedule a plea hearing, and four continuances having previously been granted by the Court on November 10, 2010, January 7, 2011, February 4, 2011, and March 7, 2011, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) A plea agreement has been signed and both the United States and the defendant desire additional time to schedule a plea hearing, which would render any grand jury

proceedings and any subsequent trial of this matter unnecessary; and

      (2)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

      IT IS, therefore, on this __8th__ day of April, 2011,

      ORDERED that this action be, and it hereby is, continued for a period of thirty (30) days from April 11, 2011 to May 9, 2011; and it is further

      ORDERED that the period from April 11, 2011 through and including May 9, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS ARPERT
United States Magistrate Judge

Form and entry
consented to:

_____
Sarah M. Wolfe
Assistant U.S. Attorney


_____
Scott Krasny, Esq.
Counsel for defendant Eric Breisacher